IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVIKESH NAIDU,<br><br>    Plaintiff,<br><br>   vs.<br><br>THE BANCORP BANK, N.A.; CHIME FINANCIAL, INC. F/K/A 1DEBIT, INC.; and MOONPAY USA LLC,<br><br>    Defendants. | Case No. 2:23-cv-02574-KJN<br><br>**ORDER ON STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

## **ORDER**

Pursuant to the Stipulation for Extension of Time to Respond to Plaintiff's Complaint ("Stipulation"), IT IS SO ORDERED:

(1) The Stipulation is GRANTED;

////

////

1

[PROPOSED] ORDER

(2) Defendants The Bancorp Bank, N.A., and Chime Financial, Inc. shall have up to and including March 5, 2024, to answer or otherwise respond to Plaintiff Navikesh Naidu's Complaint.

Dated: February 6, 2024

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER