# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVIKESH NAIDU,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE BANCORP. BANK, N.A., CHIME FINANCIAL, INC. F/K/A 1 DEBIT, INC., and MOONPAY USA LLC,<br><br>　　　　　Defendants. | Case No. 2:23-CV-02574-KJN<br><br>**ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Complaint filed:　　November 8, 2023 |

　　Pursuant to the parties' Stipulation for Extension of Time to Respond to Plaintiff's Complaint ("Stipulation"), IT IS SO ORDERED:

　　(1) The Stipulation is GRANTED; and

　　(2) Defendant Moonpay USA LLC shall have up to and including February 22, 2024, to answer or otherwise respond to Plaintiff Navikesh Naidu's Complaint.

Dated: February 9, 2024

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

naid.2574

---

1

**ORDER ON STIPULATION FOR EXTENSION OF TIME TO RESPOND
TO PLAINTIFF'S COMPLAINT
Case No. 2:23-CV-02574-KJN**